NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MARMEN INC., MARMEN ENERGIE INC., MARMEN ENERGY CO.,**
*Plaintiffs-Appellants*

**v.**

**UNITED STATES, WIND TOWER TRADE COALITION,**
*Defendants-Appellees*

---

2023-1877

---

Appeal from the United States Court of International Trade in No. 1:20-cv-00169-JCG, Judge Jennifer Choe-Groves.

---

**ON MOTION**

---

Before CUNNINGHAM, *Circuit Judge*.

**O R D E R**

The amici* move for leave to file a brief amici curiae in support of appellants. Amici state that appellants and the United States consent to the motion and that Wind Tower Trade Coalition takes no position.

The court notes that amici's brief, ECF No. 23-2, contains the following deficiencies: (1) the caption is incorrect; and (2) the Certificates of Interest for Canfor Corporation, Canadian Forest Products, Ltd., and Canfor Wood Products Marketing, Ltd.; Tolko Industries Ltd. and Tolko Marketing and Sales Ltd.; and West Fraser Mills Ltd. that are included with the brief are not in compliance with the rules of this court as indicated in ECF Nos. 25 and 24, respectively.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted to the extent that, within seven days of the date of entry of this order, the amici are directed to file a corrected brief rectifying the deficiencies identified above and including the word "corrected" in the title, Fed. Cir. R. 25(i)(2).

FOR THE COURT

August 28, 2023
Date

/s/ Jarrett B. Perlow
Jarrett B. Perlow
Clerk of Court

* The amici are: Government of Canada, Canfor Corporation, Canadian Forest Products, Ltd., Canfor Wood Products Marketing, Ltd., Resolute FP Canada Inc., Tolko Industries Ltd., Tolko Marketing and Sales Ltd., and West Fraser Mills Ltd.