NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**MARMEN INC., MARMEN ENERGIE INC., MARMEN ENERGY CO.,**
*Plaintiffs-Appellants*

v.

**UNITED STATES, WIND TOWER TRADE COALITION,**
*Defendants-Appellees*

_____

2023-1877

_____

Appeal from the United States Court of International Trade in No. 1:20-cv-00169-JCG, Judge Jennifer Choe-Groves.

_____

**ON MOTION**

_____

### O R D E R

The United States moves unopposed to file an enlarged response brief up to 17,000 words.

Upon consideration thereof,

IT IS ORDERED THAT:

    The motion is granted. Within 14 days of the date of entry of this order, the United States is directed to file a response brief, not to exceed 17,000 words, and Wind Tower Trade Coalition is directed to file a response brief, not to exceed 14,000 words.

FOR THE COURT

December 26, 2023
Date

Jarrett B. Perlow
Clerk of Court