# United States Court of Appeals for the Federal Circuit

---

**MARMEN INC., MARMEN ENERGIE INC., MARMEN ENERGY CO.,**
*Plaintiffs-Appellants*

**v.**

**UNITED STATES, WIND TOWER TRADE COALITION,**
*Defendants-Appellees*

---

2023-1877

---

Appeal from the United States Court of International Trade in No. 1:20-cv-00169-JCG, Judge Jennifer Choe-Groves.

---

## JUDGMENT

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**VACATED AND REMANDED**

FOR THE COURT

April 22, 2025
Date

Jarrett B. Perlow
Clerk of Court